Thomas C. Landrigan
Joshua A. Scerbo
Cohen, LaBarbera & Landrigan, LLP
40 Matthews Street, Suite 203
Goshen, New York 10022
(845) 291-1900
tlandrigan@cll-law.com
jscerbo@cll-law.com
*Attorneys for Plaintiff*

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In Re:<br><br>MICHAEL C. FINNEGAN, SR.<br><br>Debtor, | Case No. 17-36469 |
| STORM KING BUILDING COMPANY, INC.,<br><br>                      Plaintiffs<br><br>   against -<br><br>CONTINENTAL ORGANICS, LLC; NEW WINDSOR CONTINENTAL FARM, LLC (a/k/a NEW WINDSOR CONTINENTAL FARMS, LLC); CONTINENTAL FARMS, LLC; MICHAEL C. FINNEGAN, SR.; and ORANGE COUNTY TRUST COMPANY<br><br>                      Defendants. | Civil Action No.:<br>16-cv-09205-VB |

**STATEMENT PURSUANT TO FRBP RULE 9027 (e)(3)**

**PLEASE TAKE NOTICE** that in an action purportedly removed to this Court on September 7, 2017 from the United States District Court for the Southern District of New York

styled *Storm King Building Company, Inc. v. Continental Organics, LLC* et al. under Index No. 16-CV-09205, in which Michael C. Finnegan, Sr. asserts that the removed case is a core proceeding pursuant to 28 U.S. Code § 157(b)(2), Plaintiff Storm King Building Company admits that the proceeding is a core proceeding.

Dated: Goshen, New York

    9/29/2017

                            **Cohen, LaBarbera & Landrigan, LLP**

                            *Counsel for Storm King Building, Inc.*

                      By:    /s/ Joshua A. Scerbo

                            Joshua A. Scerbo