**FRANCIS J. O'REILLY, ESQ.**\*
1961 ROUTE 6, SUITE 2C
CARMEL, NY 10512

\*ADMITTED IN NY AND CT
ASSOCIATE ATTORNEY
FRANK J. CORIGLIANO, ESQ.
ADMITTED IN NY

TELEPHONE (845) 225-5800
FACSIMILE (845) 225-5906
PARAPROFESSIONAL STAFF
KATHLEEN MALLIA
JANE POSNER

October 19, 2017

**Via: ECF**
Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/17

Re:   Matter:   Pietrzak and Pfau Engineering & Surveying, PLLC
                v. Continental Organics, LLC, et al.
      Docket No.:   16-cv-09252

Dear Judge Briccetti:

On August 30, 2017, defendant Michael Finnegan filed a petition seeking protection under Chapter Eleven of the bankruptcy code.

On September 7, 2017, Mr. Finnegan, through counsel, filed a notice of removal of the case 16-cv-09252 to the United States Bankruptcy Court. This case was in your court.

I have spoken with Ms. Aquino in the Clerk's office in Manhattan. She advised me to notify you of the removal and request your assistance with the case transfer.

By this filing, I am doing so.

Thank you.

Very truly yours,

Francis J. O'Reilly, Esq.
FJO/km

*[Handwritten note:]* The case shall be transferred to bankruptcy court, where Mr. Finnegan has a pending case, No. 17-36469 (CGM).

SO ORDERED:

_____  10/31/17
Hon. Vincent L. Briccetti
United States District Judge