### UNITED STATES BANKRUPTCY COURT
### Southern District of New York

In re Michael C. Finnegan          Case No.        **17-36469**

    **Debtor**          Reporting Period:      **Jun-18**

Social Security # _____    _____

(last 4 digits only)

### MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | X |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Disbursement Journal | MOR-2 (INDV) | X | |
| Balance Sheet | MOR-3 (INDV) | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | X | |
| Status of Secured Notes, Leases | MOR-5 (INDV) | X | |
| Debtor Questionnaire | MOR-6 (INDV) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _July 18, 2018_

Signature of Joint Debtor _____    Date _____

In re   Michael C. Finnegan
_____

Debtor

17-36469
_____

Reporting Period:    Jun-18

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must be attached for each account.  [See  MOR-1 (CON'T)]

| | | |
|---|---|---|
| **Cash - Beginning of Month** | $27,679.86 | |
| **RECEIPTS** | | |
| Wages (Net) | $8,594.67 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Refunds | | |
| Other Income | $0.72 | |
| Total Receipts | $8,595.39 | $36,275.25 |
| **DISBURSEMENTS** | | **Outstanding Checks** |
| **ORDINARY ITEMS** | | June 30 (see p.3) |
| Mortgage Payment(s) | | *$1,717.40* |
| Rental Payment(s) | | *$1,053.00* |
| Utilities-Home | | |
| Utilities - Apt | | *$490.00* |
| Dry Cleaning/Laundry | $9.00 | |
| Cable-Internet -Spectrum (Apt) | $31.28 | |
| Cable-Internet-Optimum-(Home) | | |
| Verizon | $284.93 | |
| Insurances USAA (Home/Auto) | $24.10 | |
| Auto Expense | $353.06 | |
| Car Payments | $447.33 | |
| IRA Contributions | $400.00 | |
| Repairs and Maintenance (Home) | $444.40 | *$4,750.00* |
| Repairs & Maintenance (Car) | $194.47 | |
| Parking | $29.55 | |
| Medical Expenses | $114.98 | |
| Meals | $299.53 | |
| Health & Health Insurance | $99.98 | |
| Groceries & Hygiene | $284.41 | |
| Household Goods & Postage | $288.56 | |
| Charitable Contributions | $50.00 | |
| Clothing | $43.96 | |
| Taxi/Uber/Ez Pass | $67.90 | |
| Travel | $243.21 | |
| Entertainment Boks & Magazines | $379.92 | |
| Gifts | $279.66 | |
| Bank Fees | | |
| Cash Disbursements (See Schedule. p.5) | $472.83 | |
| Other (Bank Transfers -See Schedule p.5) | | |
| **Total Ordinary Disbursements** | $4,843.06 | *$8,010.40* |
| **REORGANIZATION ITEMS** | | |
| Professional Fees (Legal) | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses *(attach schedule)* | | |
| **Total Reorganization Items** | | |
| **Total Disbursements** *(Ordinary + Reorganization)* | $4,843.06 | *$12,853.46* |
| **Net Cash Flow** *(Total Receipts - Total Disbursements)* | $3,752.33 | *$23,421.79* |
| **Cash - End of Month** *(Must equal reconciled bank statement)* | $31,019.37 | *$23,008.97* |

## DEPOSITS & - TRANSFERS IN

Jun-18

### Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| Account | MCF Key Bank DIP Acct | Date | Transferred From | Transferred To |
|---|---|---|---|---|
| Account Number | | | | |

**Deposits**

|  |  |  |  |  |
|---|---|---|---|---|
| | $4,297.34 | 13-Jun | NYS | |
| | $4,297.33 | 27-Jun | NYS | |
| | $8,594.67 | | | |

| **Transfers In** | $3,000.00 | 29-Jun | Key Svgs # ( | |
|---|---|---|---|---|
| **Total** | $11,594.67 | | | |

**Transfers Out**

| Account | MCF Key Bank "Hassle Free" (Internet Bank'g Acct) | Date | Transferred From |
|---|---|---|---|
| Account Number | | | |

**Transfers In**

|  |  |  |  |
|---|---|---|---|
| | $3,000.00 | 29-Jun | Key Svgs # |
| | $3,000.00 | | |

**TransfersOut**

| Account | MCF Key Bank Savings Acct | Date | Transferred To |
|---|---|---|---|
| Account Number | | | |

**Transfers Out**

|  |  |  |  |
|---|---|---|---|
| | $100.00 | 7-Jun | Rob Chkng |
| | $300.00 | 20-Jun | Mikey Chkng |
| | $3,000.00 | 29-Jun | Key DIP Checking |
| | $3,000.00 | 29-Jun | Key "Hassle Free" |
| | $6,400.00 | | |

In re    Michael C. Finnegan    Case No.    17-36469
         Debtor                 Reporting Period:    Jun-18

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| Account Name | MCF Key Bank DIP Acct | MCF Key Bank Savings Acct | MCF Key Bank "Hassle Free" (Internet Bank'g Acct) | Tompkins Bank Joint Checking Acct | Totals |
|---|---|---|---|---|---|
| **Account Number** | | | | | |
| **Beginning Balance/Month** | $2,518.13 | $15,993.45 | $8,668.57 | $525.86 | $27,706.01 |
| | | | | | |
| **BALANCE PER BOOKS** | $12,134.10 | $15,993.28 | $8,804.81 | $499.88 | $31,019.37 |
| | | | | | |
| BANK BALANCE | $2,518.13 | $15,993.28 | $8,804.81 | $499.88 | $27,816.10 |
| (+) DEPOSITS, TRANSFERS & OTHER ADDITIONS *(ATTACH LIST)* | $11,595.27 | $0.12 | $3,000.00 | | $14,595.39 |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | $8,010.40 | | | | |
| OTHER *Expenses, Transfers & Service Fees* *(See Statement Attached)* | | $6,000.00 | $2,563.76 | $12.99 | $8,576.75 |
| | | | | | |
| **ADJUSTED BANK BALANCE** * ( 6/30) | $12,134.10 | $9,593.57 | $8,804.81 | $486.89 | $31,019.37 |

*"Adjusted Bank Balance" must equal "Balance per Books"

$30,532.48

| DEPOSITS IN TRANSIT: | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| CHECKS OUTSTANDING | Month End (June 30) | | | | |
| | | | | | |
| | | | EXPENSES | | |
| 28-Jun | | OCWEN | Mortgage Payme | $1,717.40 | |
| 28-Jun | | 10 Plus 10 | Rent Payment | $1,053.00 | |
| 28-Jun | | Click n' Pay | Utilities | $490.00 | |
| 28-Jun | | Anderson Drilling | Well Repairs-Ho | $4,750.00 | |
| | | | | | |
| | | | | | |

In re   Michael C. Finnegan
        Debtor

Case No.   17-36469
Reporting Period:   Jun-18

## BANK RECONCILIATIONS

### Health Savings Accounts

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| Account Name | MCF Key Bank 2018 Health Svgs Acct | HSB 2017 Joint Health Svgs Acct- | Total All Accounts |
|---|---|---|---|
| Account Number | | 3 | |
| Beginning Balance/Month | $7,732.00 | $1,251.62 | $8,983.62 |
| BALANCE PER BOOKS | $7,504.86 | $1,220.47 | $8,725.33 |
| | | | |
| BANK BALANCE | | | |
| (+) DEPOSITS *(ATTACH LIST)* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | | |
| OTHER *Expenses, Transfers & Service Fees     (See Statement Attached)* | $227.14 | $31.15 | $258.29 |
| | | | |
| ADJUSTED BANK BALANCE * ( 3/31) | $7,504.86 | $1,220.47 | $8,725.33 |

In re   Michael C. Finnegan                                    Case No.   17-36469

    Debtor                                                     Reporting Period:    Jun-18

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | | Payee | Purpose | Amount | Check# |
|------|--|-------|---------|--------|--------|
| | | | | | |
| | | | | | |
| | | | | | |
| June | | Thruway & Bridges | Tolls | $   45.85 | |
| June | | Starbucks | coffee | $   68.55 | |
| June | | Meals | Lunches & Dinners | $   222.20 | |
| June | | Newspapers & Books | Work | $   34.23 | |
| June | | Parking | Work | $   27.00 | |
| June | | St Marys Church | charity | $   35.00 | |
| June | | Irish-Amer Museum | Charity Event | $   40.00 | |
| | | | | | |
| | | | | | |
| | | Total Cash Disbursements | | $472.83 | |

| Date | Account | Payee | Purpose | Amount | Check# |
|------|---------|-------|---------|--------|--------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| In re | Michael C. Finnegan | Case No. | 17-36469 |
|---|---|---|---|
| | **Debtor** | **Reporting Period:** | **Jun-18** |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *SCHEDULE A REAL PROPERTY* | | |
| Primary Residence | $430,000.00 | $430,000.00 |
| Other Property *(attach schedule)* | $2,900,000.00 | $2,900,000.00 |
| *TOTAL REAL PROPERTY ASSETS* | $3,330,000.00 | $3,330,000.00 |
| | | |
| *SCHEDULE B PERSONAL PROPERTY* | | |
| Cash on Hand | $320.00 | |
| Bank Accounts | $31,019.37 | |
| Security Deposits | $900.00 | |
| Household Goods & Furnishings | $500.00 | |
| Books, Pictures, Art | $100.00 | |
| Wearing Apparel | $800.00 | |
| Furs and Jewelry | $0.00 | |
| Firearms & Sports Equipment | $0.00 | |
| Insurance Policies | | |
| Annuities | | |
| IRAs | $205,100.00 | |
| Retirement & Profit Sharing (401-K) | $275,750.00 | |
| Stocks | $0.00 | |
| Partnerships & Joint Ventures | $0.00 | |
| Government & Corporate Bonds | $0.00 | |
| Accounts Receivable | $0.00 | |
| Alimony, maintenance, support or property set | $0.00 | |
| Other Liquidated Debts | $0.00 | |
| Equitable Interests in Schedule A property | | |
| Contingent Interests | $0.00 | |
| Other Claims | $0.00 | |
| Patents & Copyrights | $0.00 | |
| Licenses & Franchises | $0.00 | |
| Customer Lists | $0.00 | |
| Autos, Trucks & Other Vehicles | $3,500.00 Net Value | |
| Boats & Motors | $0.00 | |
| Aircraft | $0.00 | |
| Office Equipment | $500.00 | |
| Machinery, supplies, equipment used for busin | $0.00 | |
| Inventory | $0.00 | |
| Animals | $0.00 | |
| Crops | $0.00 | |
| Farming Equipment | $0.00 | |
| Farm Supplies | $0.00 | |
| Other Personal Property *(attach schedule)* | $0.00 | |
| *TOTAL PERSONAL PROPERTY* | $518,489.37 | |
| *TOTAL ASSETS* | $3,848,489.37 | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |

| | | |
|---|---|---|
| Federal Income Taxes (not deducted from wag | 0 | |
| FICA/Medicare (not deducted from wages) | 0 | |
| State Taxes (not deducted from wages) | 0 | |
| Real Estate Taxes | 0 | |
| Other Taxes *(attach schedule)* | 0 | |
| *TOTAL TAXES* | 0 | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| Engineer Septic System Upgrade/Repair | | |
| Contractor - Septic & Roof/Window Repairs | | |
| Architect Repair Drawings | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

In re  Michael C, Finnegan         Case No.   17-36469
     Debtor                        Reporting Period:    Jun-18

## SUMMARY OF UNPAID POST-PETITION DEBTS

Number of Days Past Due

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  | 0 | 0 | 0 | 0 | 0 |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|   Central Hudson | $0 |  |  |  |  |  |
|   Verizon | $0 |  |  |  |  |  |
|   ECO Contracting | $12,750 |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Andersen Wells |  |  |  |  |  |  |
| **Total Post-petition Debts** | $12,750 |  |  |  |  |  |

**Explain how and when the Debtor intends to pay any past due post-petition debts.**

   From  NYS Pay Checks & Future Retirement/Pension Payments

In re   Michael C. Finnegan                    Case No.      17-36469
         **Debtor**                            **Reporting Period:**      **Jun-18**

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE
## AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| Bridgecrest | $447.33 | $447.33 | $20,443.65 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re  Michael C. Finnegan                                    Case No.    17-36469

       Debtor                                        Reporting Period:    Jun-18

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | X | |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | X |
| 9 | Have any pre-petition taxes been paid during this reporting period? | | X |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |



09.Jul

Date
Monday, July 9, 2018

Amount of the Check
$4,750.00

CHECK # 1128

How this will appear on your statement
CHECK # 1128

check # 1128
Check

Online Description
CHECK # 1128Edit

-$4,750.00

Check Number
0000001128

MICHAEL C. FINNEGAN
DEBTOR IN POSSESSION
20 PARK ST. APT 1-5
ALBANY NY 12207-1604

Pay to the
Order of _Abraham Melican Esc._

_four Thousand Seven Hundred Fifty_ ___ Dollars

$ 4,750

Key Privilege Select

1128
29-7/213
575

June 28 2018
Date

KeyBank National Association
1-800-KEY2YOU® Key.com®

For _Well Payment_

1128

Co-browse

29Jun            ↙            check # 1127                                                            -$400.00
                              Check

Date                                              Online Description                      Check Number
Friday, June 29, 2018                             CHECK # 1127Edit                        00000001127

Amount of the Check
$400.00

How this will appear on your statement
CHECK # 1127

---

**MICHAEL C. FINNEGAN**                                                          **1127**
DEBTOR IN POSSESSION                                                             29-7/213
20 PARK ST. APT 1-5                                    June 28, 2018             575
ALBANY NY 12207-1604                                            Date

Pay to the    Charles Schwab                                  $ 400.—
Order of

Four Hundred + 00/100                                        Dollars

KeyBank National Association                     Key Privilege Select
1800-KEY2YOU® Key.com®

For  1684  3486  (2018)                          M.C. Finnegan

⑆021300077⑆                          1127

---

For Deposit Only Lack of Endorsement
Guaranteed Charles Schwab & Co.
2018-06-29 187837002

20180629900003070309300003

Co-browse

01Jun    ↙    check # 1078    -$50.00
Check

Date
Friday, June 1, 2018

Online Description
CHECK # 1078Edit

Check Number
00000001078

Amount of the Check
$50.00

How this will appear on your statement
CHECK # 1078

---

**MICHAEL C. FINNEGAN**
20 PARK ST. APT. 1-5
ALBANY, NY 12207-1604

1078
29-7/213
575

May 17, 2018
Date

Pay to the
Order of *Irish American Heritage Museum*    $ 50.—

*Fifty + 00/100*    Dollars

KeyBank National Association
1-800-KEY2YOU® Key.com®

Key Privilege Select

M. C. Finnegan

For_____

---

06/01/2018 11:18 PETERJI 410594323125  KeyBank NA >021300077<

FOR DEPOSIT ONLY
Irish American Heritage Museum
370 Broadway, Albany, NY 12207

Co-browse

29Jun                    ↙              check # 1127                                    -$400.00
                                        Check

Date                                              Online Description                        Check Number
Friday, June 29, 2018                             CHECK # 1127Edit                          00000001127

Amount of the Check
$400.00

How this will appear on your statement
CHECK # 1127

---

**MICHAEL C. FINNEGAN**                                                            **1127**
DEBTOR IN POSSESSION                                                               29-7/213
20 PARK ST. APT 1-5                                   June 28, 2018                 575
ALBANY NY 12207-1604                                            Date

Pay to the    Charles Schwab                                    $ 400.—
Order of

Four Hundred + 00/100                                                    Dollars    📷  Photo
                                                                                        Safe
                                                                                        Deposit®
                                                                                        Details on back

KeyBank National Association                            Key Privilege Select
1800-KEY2YOU® Key.com®

For  1684  3486  (2018)                              M.C. Finnegan                      NP

                                                                    ‖ 1127

Freeland Clarke

---

2018062990000307030930003

For Deposit Only Lack of Endorsement
Guaranteed Charles Schwab & Co.
2018-06-29 187837002

2018062990000307030930003

Co-browse

## Protect your family's assets with Key Investment Services®.

**Get Started**

Co-browse

⬛ All Accounts

Key Privilege Select Checking - ,

# $6,399.38

Available Balance

## My Upcoming Activities for this Account

There are no scheduled Payments or Transfers

| Date | Description | Amount |
|------|-------------|--------|
| Jul 11 | Pending: Checking Account Deposit Dep | $4,297.33 |
| Jul 10 | Pending: Signed Purchase La Stazione Pos | |
| | Pos Mac Friendly Servic New Paltz Ny | -$64.80 |
| | Pos Mac Lowe's #1784 2 Glenmont Ny | -$39.89 |
| Jul 09 | Check # 1128 | -$27.61 |
| | | -$4,750.00 |
| | Squ*Sq *Michele Albany Ny Usa | -$12.25 |

# Key Privilege Select
## Account Statement

June 30, 2018

P.O. Box 93885
Cleveland, OH 44101-5885

31        T 575 0 EM
MICHAEL C FINNEGAN
20 PARK ST APT 4-14
ALBANY NY 12207-1616

## Consolidated Account Snapshot

| | Value on 5/31 | Value on 6/30 | Change in value |
|---|---|---|---|
| Checking & Savings | $27,180.15 | $30,532.48 | $3,352.33 |
| Investments & Trust | 0.00 | 0.00 | 0.00 |
| Retirement | 0.00 | 0.00 | 0.00 |
| Total Assets | $27,180.15 | $30,532.48 | $3,352.33 |
| Total Loans & Credit Balance | $0.00 | $0.00 | $0.00 |

See Summary of Accounts on page 2 for more information.

## How To Contact Us

**YOUR RELATIONSHIP MANAGER**
MCCARTHY,CHRISTOPHER, (518) 432-7521, CHRISTOPHER_MCCARTHY@KEYBANK.COM

**YOUR LOCAL OFFICE**
112 Grand Concourse
ALBANY, NY 12220

**CLIENT SERVICES**
Toll-Free
1-800-336-4750

**VIEW YOUR ACCOUNT**
www.key.com

## Key Privilege Select
## Account Statement
June 1 – June 30, 2018

# Summary of Accounts

## Asset Accounts

| Checking and Savings | Account number | Last statement value | Total Account Value on 6/30 | Income this period | Income year-to-date | Details on page |
|---|---|---|---|---|---|---|
| Key Privilege Select Checking | | $2,518.13 | $12,134.10 | $0.60 | $9.10 | 3 |
| KeyBank Hassle-Free Account | | 8,668.57 | 8,804.81 | 0.00 | 0.00 | 7 |
| Key Active Saver | | 15,993.45 | 9,593.57 | 0.12 | 1.70 | 10 |
| **TOTAL ASSETS** | | **$27,180.15** | **$30,532.48** | **$0.72** | **$10.80** | |

# Current News

**Key Privilege Select Account Statement**

MICHAEL C FINNEGAN
Account number: ⁚
June 1 - June 30, 2018

# ⊕ Key Privilege Select Checking

## Account Summary

| | |
|---|---|
| Account No. ' | |
| Balance on 5/31 | $2,518.13 |
| Deposits and other additions | 11,595.27 |
| Account offered by KEYBANK NATIONAL ASSOCIATION | |
| Checks paid | 450.00 |
| Debit card/ATM withdrawals | 1,529.30 |
| Account held by | |
| Other withdrawals | 0.00 |
| MICHAEL C FINNEGAN | |
| Balance on 6/30 | $12,134.10 |
| Number of days this period | 30 |

*Please see the end of this statement for important legal information about this account.*

## How To Contact Us

Please send inquiries to:
P.O. Box 93885
Cleveland, OH 44101-5885, or

**Call Key Privilege Client Services at:**
1-800-336-4750

## Sweep Investments Summary

| FDIC Insured Deposits Description | Market value on 5/31 | Market value on 6/30 | Interest this period | Interest this year | Allocation sweeps in (%) | Annual % yield earned |
|---|---|---|---|---|---|---|
| Key Privilege Select Checking | $0.00 | $0.00 | $0.00 | $0.00 | 0 | 0.00 |
| FDIC Insured Deposit Acct | 2,518.13 | 12,134.10 | 0.60 | 9.10 | 100 | 0.15 |
| **Total FDIC Insured deposits** | **$2,518.13** | **$12,134.10** | **$0.60** | **$9.10** | | |
| **Total Account** | **$22,518.13** | **$12,134.10** | **$0.60** | **$9.10** | **100%** | |

## Rewards

Rewards point balance, as of 06/28/2018          17815

| Rewards number | Name |
|---|---|
| | MICHAEL C FINNEGAN |



# Key Privilege Select
## Account Statement

MICHAEL C FINNEGAN
Account numbe
June 1 - June 30, 2018

# Activity Detail

## Deposits and Other Additions

| Date | Description | | Amount |
|---|---|---|---|
| 6/13 | DIRECT DEPOSIT. NEW YORK STATE DIR DEP | | $4,297.33 |
| 6/27 | DIRECT DEPOSIT. NE — DIR DEP | | 4,297.34 |
| 6/29 | INTERNET TRF FR DDA    ——  3290 | | 3,000.00 |
| 6/29 | INTEREST PAYMENT | | 0.60 |

**Total Deposits and Other Additions** | | | **$11,595.27**

## Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|
| 1078 | 6/1 | $50.00 | 1127* | 6/29 | 400.00 |

**Total Checks Paid** | | | | | **$450.00**
*Break in check number sequence.

## Debit Card/ATM Withdrawals

| Date | Description | Amount |
|---|---|---|
| 6/4 | UBER *TRIP E4 800-592-8996 CA USA | $7.88 |
| 6/4 | ATM *KEY 112 GRAND CONCOURS  ALBANY  NY | 300.00 |
| 6/5 | UBER *TRIP PAR 800-592-8996 CA USA | 8.02 |
| 6/8 | ATM  KEY 112 GRAND CONCOURS  ALBANY  NY | 300.00 |
| 6/15 | ATM  KEY 112 GRAND CONCOURS  ALBANY  NY | 60.00 |
| 6/15 | ATM  KEY 112 GRAND CONCOURS  ALBANY  NY | 300.00 |
| 6/15 | ATM  KEY 112 GRAND CONCOURS  ALBANY  NY | 175.96 |
| 6/18 | Vintage Wine Ba Albany  NY USA | 9.00 |
| 6/18 | SAVE MOR CLEANE SCHENECTADY NY USA | 9.62 |
| 6/19 | LOGANS DELI & M ALBANY  NY USA | 7.55 |
| 6/19 | LOGANS DELI & M ALBANY  NY USA | 57.41 |
| 6/21 | POS  MAC WHOLEFDS 1425  ALBANY  NY | 37.90 |
| 6/21 | POS  MAC SUNOCO 06685911  MODENA  NY | 124.69 |
| 6/22 | LLBEAN-COLONIE ALBANY  NY USA | 34.78 |
| 6/25 | SUNOCO 02255370 MONTVALE  NJ USA | 2.00 |
| 6/27 | ALBANY PARKING ALBANY  NY USA | 2.70 |
| 6/27 | STARBUCKS 4NV05 RUBY  NY USA | 91.79 |
| 6/29 | POS  EXA JIFFY LUBE #19  DELMAR  NY | |

**Total Debit Card/ATM Withdrawals** | | **$1,529.30**

**Key Privilege Select**
**Account Statement**

MICHAEL C FINNEGAN
Account number:
June 1 - June 30, 2018

## Activity Detail (continued)

| | Total for this Period | Total Year-to-Date This Year | Total Year-to-Date Prior Year |
|---|---|---|---|
| **Aggregate Overdraft and Returned Item Fees** | | | $0.00 |
| *Total Overdraft Fees* | $0.00 | $38.50 | |

| Description | | | Amount |
|---|---|---|---|
| **Sweep Activity** | | | |
| Total sweeps into FDIC Insured Deposit Acct | | | $11,098.18 |
| Total sweeps out of FDIC Insured Deposit Acct | | | $1,482.81 |

Sweep activity reflects purchases and sales of funds made to cover activity in your Sweep Checking Account. They are shown here as a confirmation of activity. These transactions are not needed to balance your checkbook.

## Key Privilege Select
## Account Statement

MICHAEL C FINNEGAN
Account number ⁻⁻

June 1 - June 30, 2018

## Account Update

**Important information regarding changes that pertain to the Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions.**

At KeyBank, we are committed to providing you with information regarding changes pertaining to your debit card or ATM card. This notification amends the *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* you received at the time you opened your Account, as amended.

The following changes will be made to the *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions.*

**Section 7. CHARGES FOR TRANSACTIONS, TRANSFERS AND OTHER SERVICES**
**KeyBank ATM Card Charge** will be revised by removing the $1.00 monthly KeyBank ATM Card fee assessed if you only possessed a KeyBank ATM Card and not one of KeyBank's Debit Mastercards. Assessment of this fee has been discontinued.

Effective May 11, 2018, **Card Replacement Charge** will be revised by removing the sentence 'If you request a replacement Card a charge of $5.00 will be assessed.' The $5.00 Card Replacement Charge will no longer be assessed.

**Important Information about Changes to the KeyBank Rewards Program Point Guide**

Beginning May 11, 2018, Introductory Bonus Points for Debit Card Transactions, Online Bill Pay, Automated Debit/Credit, and Credit Cards will no longer be printed in the Rewards Point Guide. KeyBank may offer various Introductory Bonus Point offers from time to time. Consult your local Branch, go to key.com/rewards, or call 1-800-KEY2YOU for current Bonus Point offers. Automated Debit/Credit transaction points will not be offered for any type of person to person payments effected through the ACH network or any other processing channel once KeyBank offers a person to person payment service. To review the updated terms and conditions go to key.com/rewards and click on Consumer Agreements and Disclosures at the bottom of the page.

If you have any questions about any of these changes, please call the phone number on this statement.

**Please read and retain this important information with all of your Account opening Agreements and Disclosures. A complete copy of the revised *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* is available at any local KeyBank branch or online at key.com.**

Effective April 30, 2018, KeyBank will no longer offer American Express Travelers Cheques.

# ☘. KeyBank Hassle-Free Account

**Key Privilege Select Account Statement**

MICHAEL C FINNEGAN
Account number: ⌐......
June 1 - June 30, 2018

## Account Summary

**Account No. :**

Account offered by KEYBANK NATIONAL ASSOCIATION

Account held by
MICHAEL C FINNEGAN

| | |
|---|---|
| Balance on 5/31 | $8,668.57 |
| Deposits and other additions | 3,000.00 |
| Checks paid | 0.00 |
| Debit card/ATM withdrawals | 2,563.76 |
| Other withdrawals | 300.00 |
| Balance on 6/30 | $8,804.81 |
| Number of days this period | 30 |

## How To Contact Us

Please send inquiries to:
P.O. Box 93885
Cleveland, OH 44101-5885, or

**Call Key Privilege Client Services at:**
1-800-336-4750

*Please see the end of this statement for important legal information about this account.*

## Activity Detail

### Deposits and Other Additions

| Date | Description | | Amount |
|---|---|---|---|
| 6/29 | INTERNET TRF FR ʲ¨⸱ | 3290 | $3,000.00 |
| **Total Deposits and Other Additions** | | | **$3,000.00** |

### Debit Card/ATM Withdrawals

| Date | Description | Amount |
|---|---|---|
| 6/1 | EMPIRE ST PLZA ALBANY    NY USA | $7.55 |
| 6/4 | EMPIRE ST PLZA ALBANY    NY USA | 9.05 |
| 6/4 | SXM*SIRIUSXM.CO 888-635-5144 NY USA | 102.68 |
| 6/4 | POS    MAC SUNOCO 03956919    ALBANY    NY | 38.83 |
| 6/4 | THE QUIET MAN P PEEKSKILL    NY USA | 88.25 |
| 6/5 | DDL*NUGENIX   888-2285146    NC  USA | 74.98 |
| 6/5 | LOGANS DELI & M ALBANY    NY USA | 11.02 |
| 6/7 | LOGANS DELI & M ALBANY    NY USA | 7.55 |
| 6/7 | POS    MAC USPS PO 3 25 E    ALBANY    NY | 23.31 |
| 6/8 | WLDDRVETIME  800-967-8526 AZ USA | 447.33 |
| 6/11 | POS    MAC LOWE'S #1784 2    GLENMONT   NY | 317.72 |
| 6/11 | POS    MAC LOWE'S #1784 2    GLENMONT   NY | 126.68 |
| 6/11 | HONEST WEIGHT F ALBANY    NY USA | 8.95 |
| 6/12 | POS    MAC USPS PO 3 25 E    ALBANY    NY | 1.42 |



**Key Privilege Select**
**Account Statement**
MICHAEL C FINNEGAN
Account number:
June 1 - June 30, 2018

## Activity Detail (continued)

**Debit Card/ATM Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 6/13 | INTL LIVING    800-6812402  MD USA | 7.00 |
| 6/13 | POS    MAC USPS PO 3 25 E    ALBANY    NY | 34.70 |
| 6/14 | EMPIRE ST PIZA ALBANY    NY USA | 7.55 |
| 6/14 | PARISH PUBLIC H ALBANY    NY USA | 66.28 |
| 6/15 | EMPIRE ST PIZA ALBANY    NY USA | 9.13 |
| 6/15 | POS    MAC SUNOCO 03444148    COXSACKIE  NY | 37.08 |
| 6/15 | POS    MAC USPS PO 3 25 E    ALBANY    NY | 22.26 |
| 6/18 | LOGANS DELI & M ALBANY    NY USA | 9.67 |
| 6/18 | AmazonPrime Mem amzn.com/prime WA  USA | 14.03 |
| 6/18 | POS    MAC LOWE'S #1784 2    GLENMONT   NY | 81.78 |
| 6/18 | Glenmont Car Wa GLENMONT    NY USA | 12.96 |
| 6/19 | AMAZON MKTPLACE AMZN.COM/BILL WA  USA | 43.98 |
| 6/19 | Amazon.com    AMZN.COM/BILL WA  USA | 25.93 |
| 6/20 | PP*Patsy s Barb ALBANY    NY USA | 25.00 |
| 6/21 | RENAISSANCE ALB ALBANY    NY USA | 45.80 |
| 6/25 | INTL LIVING    800-6812402    MD USA | 92.00 |
| 6/26 | THE CITY BEER H ALBANY    NY USA | 42.16 |
| 6/26 | CROSSROADS BREW ATHENS    NY USA | 65.00 |
| 6/27 | POS    MAC QUICK CHEK #100    KINGSTON  NY | 50.00 |
| 6/27 | OLDE ENGLISH    ALBANY    NY USA | 93.84 |
| 6/28 | MARINER'S HA9BO KINGSTON    NY USA | 279.66 |
| 6/28 | PUBLIC HOUSE 42 ALBANY    NY USA | 11.02 |
| 6/29 | ALBANY PUMP STA ALBANY    NY USA | 28.80 |
| 6/29 | PUBLIC HOUSE 42 ALBANY    NY USA | 33.00 |
| 6/29 | THE QUIET MAN P PEEKSKILL    NY USA | 159.81 |

**Total Debit Card/ATM Withdrawals**  $2,563.76

**Other Withdrawals**

| Date | Description | Charge | Amount |
|---|---|---|---|
| 6/29 | WITHDRAWAL_BRANCH 0575 NEW YORK | | $300.00 |

**Total Other Withdrawals**  $300.00

**Key Privilege Select
Account Statement**

MICHAEL C FINNEGAN
Account number:
June 1 - June 30, 2018

## Account Update

Important information regarding changes that pertain to the Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions.

At KeyBank, we are committed to providing you with information regarding changes pertaining to your debit card or ATM card. This notification amends the *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* you received at the time you opened your Account, as amended.

The following changes will be made to the *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions.*

**Section 7. CHARGES FOR TRANSACTIONS, TRANSFERS AND OTHER SERVICES**
KeyBank ATM Card Charge will be revised by removing the $1.00 monthly KeyBank ATM Card fee assessed if you only possessed a KeyBank ATM Card and not one of KeyBank's Debit Mastercards. Assessment of this fee has been discontinued.

Effective May 11, 2018, **Card Replacement Charge** will be revised by removing the sentence 'If you request a replacement Card a charge of $5.00 will be assessed.' The $5.00 Card Replacement Charge will no longer be assessed.

**Important Information about Changes to the KeyBank Rewards Program Point Guide**

Beginning May 11, 2018, Introductory Bonus Points for Debit Card Transactions, Online Bill Pay, Automated Debit/Credit, and Credit Cards will no longer be printed in the Rewards Point Guide. KeyBank may offer various Introductory Bonus Point offers from time to time. Consult your local Branch, go to key.com/rewards, or call 1-800-KEY2YOU for current Bonus Point offers. Automated Debit/Credit transaction points will not be offered for any type of person to person payments effected through the ACH network or any other processing channel once KeyBank offers a person to person payment service. To review the updated terms and conditions go to key.com/rewards and click on Consumer Agreements and Disclosures at the bottom of the page.

If you have any questions about any of these changes, please call the phone number on this statement.

**Please read and retain this important information with all of your Account opening Agreements and Disclosures.** A complete copy of the revised *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* is available at any local KeyBank branch or online at key.com.

Effective April 30, 2018, KeyBank will no longer offer American Express Travelers Cheques.

**Key Privilege Select**
**Account Statement**

MICHAEL C FINNEGAN
Account number: ⋯
June 1 - June 30, 2018

## ⚿ Key Active Saver

### Account Summary

**Account No.:**

| | |
|---|---|
| Balance on 5/31 | $15,993.45 |
| Deposits and other additions | 0.12 |
| Checks paid | 0.00 |
| Debit card/ATM withdrawals | 0.00 |
| Other withdrawals | 6,400.00 |
| Balance on 6/30 | $9,593.57 |
| Number of days this period | 30 |

Account offered by KEYBANK NATIONAL ASSOCIATION
Account held by
MICHAEL C FINNEGAN

*Please see the end of this statement for important legal information about this account.*

### How To Contact Us

**Please send inquiries to:**
P.O. Box 93885
Cleveland, OH 44101-5885, or
**Call Key Privilege Client Services at:**
1-800-336-4750

### Interest Summary

| | |
|---|---|
| Number of days this period | 30 |
| Annual percentage yield earned | 0.01% |
| Interest paid this period | $0.12 |
| Interest paid this year | $1.70 |

### Activity Detail

**Deposits and Other Additions**

| Date | Description | Amount |
|---|---|---|
| 6/29 | INTEREST PAYMENT | $0.12 |
| **Total Deposits and Other Additions** | | **$0.12** |

**Other Withdrawals**

| Date | Description | Charge | Amount |
|---|---|---|---|
| 6/7 | INTERNET TRF TO CLIENT-ADDED TRANSFER ACCOUNT | | $100.00 |
| 6/20 | WITHDRAWAL BRANCH 0575 NEW YORK | | 300.00 |



# Key Privilege Select
# Account Statement

MICHAEL C FINNEGAN
Account number:
June 1 - June 30, 2018

## Activity Detail *(continued)*

**Other Withdrawals**

| Date | Description | Charge | Amount |
|------|-------------|--------|--------|
| 6/29 | INTERNET TRF TO L | 3290 | 3,000.00 |
| 6/29 | INTERNET TRF TO D | 3290 | 3,000.00 |
| **Total Other Withdrawals** | | | **$6,400.00** |

# Key Privilege Select
## Account Statement

MICHAEL C ᴛᴇɴɴɪꜱᴏɴ
Account number: ᴇ—-

June 1 - June 30, 2018

## Account Update

**Important information regarding changes that pertain to the Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions.**

At KeyBank, we are committed to providing you with information regarding changes pertaining to your debit card or ATM card. This notification amends the *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* you received at the time you opened your Account, as amended.

The following changes will be made to the *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions.*

Section 7. **CHARGES FOR TRANSACTIONS, TRANSFERS AND OTHER SERVICES**
**KeyBank ATM Card Charge** will be revised by removing the $1.00 monthly KeyBank ATM Card fee assessed if you only possessed a KeyBank ATM Card and not one of KeyBank's Debit Mastercards. Assessment of this fee has been discontinued.

Effective May 11, 2018, **Card Replacement Charge** will be revised by removing the sentence "If you request a replacement Card a charge of $5.00 will be assessed." The $5.00 Card Replacement Charge will no longer be assessed.

**Important Information about Changes to the KeyBank Rewards Program Point Guide**

Beginning May 11, 2018, Introductory Bonus Points for Debit Card Transactions, Online Bill Pay, Automated Debit/Credit, and Credit Cards will no longer be printed in the Rewards Point Guide. KeyBank may offer various Introductory Bonus Point offers from time to time. Consult your local Branch, go to key.com/rewards, or call 1-800-KEY2YOU for current Bonus Point offers. Automated Debit/Credit transaction points will not be offered for any type of person to person payments effected through the ACH network or any other processing channel once KeyBank offers a person to person payment service. To review the updated terms and conditions go to key.com/rewards and click on Consumer Agreements and Disclosures at the bottom of the page.

If you have any questions about any of these changes, please call the phone number on this statement.

**Please read and retain this important information with all of your Account opening Agreements and Disclosures. A complete copy of the revised *Disclosure Statement and Terms and Conditions for Electronic Fund Transfer Transactions* is available at any local KeyBank branch or online at key.com.**

Effective April 30, 2018, KeyBank will no longer offer American Express Travelers Cheques.

**Key Privilege Select Account Statement**
June 1 – June 30, 2018

# ☩ Balancing Your Account

**Instructions**  Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your agreement. The suggested steps below will help you balance your account.

**1. Update your checkbook:**
- Enter checks shown on the statement and not previously entered.
- Deduct items not previously recorded such as loan payments, automatic transfers to other accounts, interest withholding and service charges.
- Add items not previously recorded such as loan advances from your line of credit, interest earned, and automatic transfers from other accounts.

**2. Now that your checkbook is up-to-date, complete sections 1, 2, and 3. If final amounts do not agree:**
- Check for recording or arithmetic errors.
- Make sure all withdrawals and deposits are on your statement.
- Review addition and subtraction of entries in your checkbook since you balanced your last statement.
- If there are any discrepancies on your statement notify the bank immediately.

**SECTION 3**
*Statement Balancing*

Now complete the following steps.

A. Closing balance
   shown on this statement _____

B. *Deposits
   and additions outstanding* _____

C. *Add lines A and B* _____

D. *Checks
   and withdrawals outstanding* _____

E. *Subtract Line D from C* _____

*YOUR CHECKBOOK SHOULD NOW BALANCE.*

**SECTION 1**
*Checks & Withdrawals Outstanding*

List all checks & withdrawals that are not shown on this statement.

| Date | Check or withdrawal # | Amount |
|------|----------------------|--------|
|      |                      |        |
|      |                      |        |
|      |                      |        |
|      |                      |        |
|      |                      |        |
|      |                      |        |
|      |                      |        |
| **TOTAL** |                 |        |

*Total checks and withdrawals outstanding.
Enter this total in Section 3, Line D.*

**SECTION 2**
*Deposits & Additions Outstanding*

List all deposits & additions that are not shown on this statement.

| Date | Deposit # | Amount |
|------|-----------|--------|
|      |           |        |
|      |           |        |
|      |           |        |
|      |           |        |
| **TOTAL** |       |        |

*Total deposits and additions outstanding.
Enter this total in Section 3, Line B.*

**Key Privilege Select Account Statement**
June 1 – June 30, 2018

# 🔑 Information About Your Accounts

## FDIC INSURED INVESTMENTS

**FDIC Insured Investments may include:** FDIC Variable Rate Deposit, Cash Asset Plus, balances in the FDIC Insured sweep options for Key Privilege Checking, Key Privilege Select Checking, Private Banking Sweep Checking and money in other checking accounts, savings accounts and Certificates of Deposit.

**FDIC Insurance Information:**
The products set forth in the paragraph above are all eligible for federal deposit insurance from the FDIC up to the maximum applicable limit in principal and accrued interest per depositor in each recognized legal capacity (such as individual or joint account).

**PREAUTHORIZED CREDITS AND ELECTRONIC FUNDS TRANSFERS.**

**Preauthorized credits.** If you have arranged to have direct deposits made to your account at least once every sixty (60) days from the same person or company, you can call us at the number on the first page of your statement to find out if the deposit has been made.

**Questions or errors on electronic funds transfers.** If you have questions on your electronic funds transfers or believe you find errors with them, please call us at the phone number indicated on the first page of this statement or write us at the address listed below *, as soon as you can. We must hear from you within sixty (60) days after we sent you the statement on which the problem or error FIRST appeared.

*KeyBank
Customer Disputes
NY-31-17-0128
17 Corporate Woods Blvd
Albany, NY 12211

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

## FDIC INSURED INVESTMENTS (continued)
COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:

| | |
|---|---|
| XFER TO SAV | -Transfer to Savings Account |
| XFER FROM SAV | -Transfer from Savings Account |
| XFER TO CKG | -Transfer to Checking Account |
| XFER FROM CKG | -Transfer from Checking Account |
| PMT TO CR CARD | -Payment to Credit Card |
| ADV CR CARD | -Advance from Credit Card |

If you are in Bankruptcy: To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or impose personal liability for such obligation. However, if you have a secured loan, KeyBank retains rights under its security instrument, including the right to foreclose its lien.